MICHAEL BAILEY
United States Attorney
District of Arizona
CHRISTINE D. KELLER
Assistant U.S. Attorney
Illinois State Bar No. 6281316
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: christine.keller@usdoj.gov
Attorneys for Plaintiff

```
             FILED      LODGED
           RECEIVED     COPY

           DEC 0 3 2019

       CLERK U S DISTRICT COURT
          DISTRICT OF ARIZONA
       BY_____ M DEPUTY
```

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Travis Kurt Smith,<br><br>　　　　Defendant. | No.　CR-19-08278-PCT-DWL (JZB)<br>**INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 1153 and 81<br>　　　(CIR-Arson)<br>　　　Count 1 |

**THE GRAND JURY CHARGES:**

On or about June 21, 2019 in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, TRAVIS KURT SMITH, an Indian, did willfully and maliciously set fire to and burn, and attempt to set fire to and burn, a dwelling located at GPS coordinates 35° 22'36.71" N, 111° 12'12.44" W.

In violation of Title 18, United States Code, Sections 1153 and 81.

　　　　　　　　　　　　　　　A TRUE BILL

　　　　　　　　　　　　　　　　_S/_
　　　　　　　　　　　　　　　FOREPERSON OF THE GRAND JURY
　　　　　　　　　　　　　　　Date: December 3, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

_S/_
_____
CHRISTINE D. KELLER
Assistant U.S. Attorney