**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** August 22, 2022 |
| **USA v. Travis Kurt Smith** | **Case Number:** CR-19-08278-001-PCT-DWL |

**Assistant U.S. Attorney:** Wayne Venhuizen for Jennifer Elaine LaGrange
**Attorney for Defendant:** Sarah Kosnoff Erlinder for Gerald A. Williams, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

**INITIAL APPEARANCE – REVOCATION HEARING HELD**
**PETITION FOR VIOLATION OF PRETRIAL RELEASE**
**Date of Arrest:** August 18, 2022

OTHER: Petition to Revoke shall be unsealed.

Court will grant pending sealed motion and orders parties to file appropriate order with the Court.

**Status Hearing** set for Tuesday, August 30, 2022 at 9:45 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**Recorded By** Courtsmart                                           SH     7 min
**Deputy Clerk** Christina Davison

                                                                    **Start: 10:26 am**
                                                                    **Stop:  10:33 am**